# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

DATE 5/15/2018

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/15/2018 1:20:11 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:**      14TH COURT OF APPEALS        *RELATED CASE# 14-16-00192-CV*

**From:**    **Deputy Clerk: SHEMEKA LEE**
            **Chris Daniel, District Clerk**
            **Harris County, T E X A S**

**CAUSE:  2013-21379**

**VOLUME _____    PAGE _____    OR    IMAGE # 78696847**

**DUE  6/18/2018            ATTORNEY 18918400**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:    2/16/2018**

**MOTION FOR NEW TRIAL DATE FILED   3/16/2018**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED    NONE**

**NOTICE OF APPEAL DATE FILED        5/14/2018**

**NUMBER OF DAYS: ( CLERKS RECORD )  120**

**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

**COURT REPORTER:  Monica Grassmuck**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/ *Shemeka Lee*
**SHEMEKA LEE, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D       ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

## CAUSE NO. 2013-21379

| | | |
|---|---|---|
| BEN DOMINGUEZ II, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| PARC CONDO ASSOCIATION, ET AL. | § | OF HARRIS COUNTY, TEXAS |
| Defendants, | § | |
| | § | |
| AND | § | |
| | § | |
| KENNETH D. EICHNER, P.C., | § | |
| Intervenor. | § | 125th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Intervenor Kenneth D. Eichner, P.C. ("Eichner" or "Appellant") gives notice that it will appeal this Court's (i) Final Judgment entered February 16, 2018, a copy of which is attached here as **Exhibit 1** and (ii) Order Granting Defendants' Motion to Strike signed on February 16, 2018, a copy of which is attached hereto as **Exhibit 2,** as well as related issues, to the First or Fourteenth Court of Appeals (depending upon the district clerk's draw and assignment). Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, the following additional information is provided.

A prior appeal was previously filed in the Fourteenth Court of Appeals in Case No. 14-16-00192-CV.

Respectfully submitted,

SNOW SPENCE GREEN LLP

By: */s/ Ross Spence*
Ross Spence
State Bar No. 18918400
Email: ross@snowspencelaw.com
Carolyn Carollo
State Bar No. 24083437
Email: carolyncarollo@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019

Telephone: (713) 335-4800
Telecopier: (713) 335-4848

**ATTORNEYS FOR INTERVENOR/APPELLANT**

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2018, the Court's electronic case filing system was used to file Notice of Appeal and serve this document on counsel for Defendants as follows:

Ben Dominguez II
808 Travis, Suite 907
Houston, TX 77002
bdominguez@bendominguez.com

Parc IV & Parc V Condominium Association and Association Management Incorporated
By and through Roberts Markel Weinberg Butler Hailey attorneys for Defendants
Amy M. VanHoose
Frank O. Carroll III
2800 Post Oak Blvd, 57th Floor
Houston, TX 77056
avanhoose@rmwbhlaw.com
fcarroll@rmwbhlaw.com

/s/ Ross Spence
Ross Spence

I:\Client\EICH0003 Dominguez-Parc\Appeal 192\2018 APpeal\Notice of Appeal re 2-16-18 order.docx

2

CAUSE NO. 2013-21379

| BEN DOMINGUEZ, II | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § | · 125TH JUDICIAL DISTRICT |
| PARC IV & PARC V CONDOMINIUM ASSOCIATION AND ASSOCIATION MANAGEMENT INCORPORATED | § § § § § § | |
| Defendants. | § § | HARRIS COUNTY, TEXAS |

F I L E D
Chris Daniel
District Clerk

FEB 1 6 2018
Time:_____9:45 Am
Harris County, Texas
By_____
Deputy

## FINAL JUDGMENT

On this day the Court considered Defendants Parc IV & Parc V Condominium Association and Association Management Incorporated's (collectively "Defendants") Motion for Entry of Judgment. After considering the Motion, responses, and arguments of counsel, if any, the Court finds that the Motion is GOOD. It is therefore,

ORDERED that Defendants prepare all documents necessary to deliver title of the real property known as 3614 Montrose, No. 1004, Houston, Texas 77006 to Plaintiff within 30 days from the execution of this Judgment. It is further,

ORDERED that such title of the real property known as 3614 Montrose, No. 1004, Houston, Texas 77006 delivered to Plaintiff shall not have any additional defects or encumbrances created after June 4, 2013, and if it does, then the defects or encumbrances shall be extinguished by Defendants within 30 days from the execution of this Judgment. It is further,

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ORDERED that Plaintiff will pay $36,000.00 in satisfaction of the Rule 11 Agreement and $6,267.00 in satisfaction of the special assessment. Plaintiff shall make payment to Defendant Parc IV & Parc V Condominium Association contemporaneously with the transfer of title to Plaintiff. It is further,

ORDERED that Plaintiff and Defendants file an agreed motion to dismiss with prejudice Cause No. 2014-10747 in the 295th Judicial District Court, Harris County, Texas. It is further,

ORDERED that Defendants and their agents are prohibited from seeking or attempting to evict Plaintiff or any tenant authorized by Plaintiff to reside at 3614 Montrose, No. 1004, Houston, Texas 77006 prior to transfer of title back to Plaintiff pursuant to this Judgment.

This is a final and appealable judgment. All relief not herein granted is denied. All motions not herein granted are denied.

SIGNED this the 16 day of February, 2018.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

FRANK O. CARROLL III
TBA No. 24082785
fcarroll@rmwbhlaw.com
AMY M. VANHOOSE
TBA No. 24042085
avanhoose@rmwbhlaw.com
2800 Post Oak Blvd, 57th Floor
Houston, Texas 77056
Telephone: (713) 840-1666
ATTORNEYS FOR DEFENDANTS,
PARC IV & PARC V CONDOMINIUM
ASSOCIATION AND ASSOCIATION
MANAGEMENT INCORPORATED

CAUSE NO. 2013-21379

| | | |
|---|---|---|
| BEN DOMINGUEZ, II | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PARC IV & PARC V | § | 125TH JUDICIAL DISTRICT |
| CONDOMINIUM | § | |
| ASSOCIATION AND | § | |
| ASSOCIATION MANAGEMENT | § | |
| INCORPORATED | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

**FILED**
Chris Daniel
District Clerk

FEB 16 2018

Time:_____ 9:45AM

Harris County, Texas

By_____ Deputy

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

On this day, the Court considered Defendants Parc IV & Parc V

Condominium Association and Association Management Inc.'s (hereinafter

collectively "Defendants") Motion to Strike ("Motion"). After considering the Motion,

evidence, pleadings, and arguments of counsel, the Court is of the opinion that the

Motion is GOOD. It is therefore,

ORDERED that the Motion is GRANTED. It is further,

ORDERED that Intervenor Kenneth D. Eichner's Plea to the Intervention is

stricken. It is further,

ORDERED that Plaintiff Ben Dominguez's counter-claim against Intervenor

Kenneth D. Eichner is stricken.

All relief not herein granted is denied.

SIGNED this the 16 day of ____February____, 2018.

_____
JUDGE PRESIDING

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PAGE 1 OF 2

APPROVED AND ENTRY REQUESTED:


ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

FRANK O. CARROLL III
TBA No. 24082785
fcarroll@rmwbhlaw.com
AMY M. VANHOOSE
TBA No. 24042085
avanhoose@rmwbhlaw.com
2800 Post Oak Blvd, 57th Floor
Houston, TX 77056
Tel.: (713) 840-1666
Fax: (713) 840-9404
ATTORNEYS FOR DEFENDANTS,
PARC IV & PARC V CONDOMINIUM ASSOCIATION AND
ASSOCIATION MANAGEMENT INCORPORATED

CAUSE NO. 2013-21379

| | | |
|---|---|---|
| BEN DOMINGUEZ II, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| PARC CONDO ASSOCIATION, ET AL. | § | |
| Defendants, | § | |
| | § | |
| AND | § | |
| | § | |
| KENNETH D. EICHNER, P.C., | § | |
| Intervenor. | § | 125th JUDICIAL DISTRICT |

## KENNETH D. EICHNER, P.C.'S, MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Intervenor KENNETH D. EICHNER, P.C. ("KDEPC"), and files this Motion for New Trial, and would show unto the Court the following:

### INTRODUCTION

This Court's February 16, 2018 Order Granting Defendants' Motion to Strike improperly struck Intervenors Petition in Intervention, because KDEPC has a justiciable interest in the suit. This motion is being filed within thirty days as proscribed by the Texas Rules of Civil Procedure.

### FACTS

1. Plaintiff Ben Dominguez ("Dominguez") signed a security agreement and combined note using the property in question ("Property") as collateral to Intervenor Kenneth D. Eichner, P.C. on June 6, 2007.

2. KDEPC filed its security interest on the property with the Harris County Real Property Records on June 19, 2007.

1

(17) CONNECTION(S) FOUND.

| | | |
|---|---|---|
| CASE NUM: **201321379** PJN: [ ][ ] | TRANS NUM: [ ] | CURRENT COURT: **125** PUB: Please Select |
| CASE TYPE: **FORECLOSURE-OTHER** | CASE STATUS: | **DISPOSED (FINAL)** |
| STYLE: **DOMINGUEZ, BEN II** | VS | **PARK IV & PARK V CONDOMINIUM ASSOCIAT** |

**\*\*\*\* INACTIVE PARTIES \*\*\*\***

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00008 - 0002 | XDF | | EICHNER, KENNETH D | | |
| ☐ | | 00001 - 0003 | XPL | 00786415 | DOMINGUEZ, BEN II | | DOMINGUEZ, BEN II |
| ☐ | | 00008 - 0001 | IVP | 18918400 | EICHNER, KENNETH D | D | SPENCE, W. ROSS |
| ☐ | | 00008 - 0001 | PVA | 18918400 | SPENCE, W. ROSS | D | |
| ☐ | | 00008 - 0001 | PVA | 17736640 | SCHEINTHAL, ALAN R. | D | |
| ☐ | | 00006 - 0002 | IVD | | PARC CONDOMINIUM ASSOCIATION (DBA PARC IV | D | |
| ☐ | | 00003 - 0002 | IVD | | ASSOCIATION MANAGEMENT INCORPORATED | D | |
| ☐ | | 00002 - 0002 | IVD | | PARK IV & PARK V CONDOMINIUM ASSOCIATION | D | |
| ☐ | | 00001 - 0002 | IVD | | DOMINGUEZ, BEN II | D | |
| ☐ | | 00007 - 0001 | AGT | | PARC CONDOMINIUM ASSOCIATION (D/B/A PARC I | | |
| ☐ | | 00006 - 0001 | DEF | | PARC CONDOMINIUM ASSOCIATION (DBA PARC IV | | |
| ☐ | | 00005 - 0001 | AGT | | ASSOCIATION MANAGEMENT INCORPORATED BY | | |
| ☐ | | 00004 - 0001 | AGT | | PARC IV & PARC V CONDOMINIUM ASSOCIATION E | | |
| ☐ | | 00003 - 0001 | DEF | 24042085 | ASSOCIATION MANAGEMENT INCORPORATED | | VANHOOSE, AMY MAGNESS |
| ☐ | | 00002 - 0001 | DEF | 24042085 | PARK IV & PARK V CONDOMINIUM ASSOCIATION | | VANHOOSE, AMY MAGNESS |
| ☐ | | 00001 - 0001 | PLT | 18918400 | DOMINGUEZ, BEN II | | SPENCE, W. ROSS |
| ☐ | | 00001 - 0001 | PAP | 00786415 | DOMINGUEZ, BEN II | | |